**STATE of Missouri, Respondent,**

v.

**David R. WUNDER, Appellant.**

**No. WD 73252.**

Missouri Court of Appeals, Western District.

Jan. 31, 2012.

Susan Summers, Kansas City, MO, for Appellant.

Robert Bartholomew, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Mr. David R. Wunder appeals his convictions and sentences for first-degree burglary and stealing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).